UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARNOLD D. HERVY,

    Plaintiff,

v.                                            CASE NO: 8:05-CV-1489-T-30TGW

TAMPA POLICE DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Affidavit of Indigency/Motion for leave to proceed in forma pauperis (Dkt. #2). The Court hereby refers the Motion to Magistrate Judge Thomas Wilson for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on August 11, 2005.

                                              JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Thomas Wilson
Counsel/Parties of Record

F:\Docs\2005\05-cv-1489.referral 2.wpd