Case 8:05-cv-01489-JSM-TGW   Document 8   Filed 08/25/05   Page 1 of 1 PageID 29

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ARNOLD D. HERVY,

    Plaintiff,

-vs-                                      Case No. 8:05-CV-1489-T-30TGW

SHANE DAVENPORT, R&L METALS, BAY INN MOTEL, JAI HANUMAN, INC., and TAMPA POLICE DEPARTMENT,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon receipt of Plaintiff's request to voluntarily dismiss his complaint (Dkt. 7). An order was entered on August 12, 2005, dismissing the complaint prior to service of process pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted (Dkt. 5). This case stands closed.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's request to voluntarily dismiss the complaint (Dkt. 7) is **DENIED** as moot. The **Clerk** shall enclose a copy of the court-approved form for filing a § 1983 complaint and an affidavit of indigency form with Plaintiff's copy of this order.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Pro Se Plaintiff

SA:jsh